**Fill in this information to identify the case:**

Debtor 1: Shirley J Bonner

Debtor 2: _____
(Spouse, if filing)

United States Bankruptcy Court for the: Eastern District of Missouri
(State)

Case number: 22-40091-399

---

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges  12/16

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.**

**File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002. 1.**

Name of creditor: Reverse Mortgage Funding LLC

Court claim no, (if known): 2

Last 4 digits of any number you use to identify the debtor's account: XXX8407

Does this notice supplement a prior notice of postpetition fees, expenses, and charges?

[X] No

[ ] Yes. Date of the last notice: _____

### Part 1: Itemized Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| | Description | Date incurred | | Amount |
|---|---|---|---|---|
| 1. | Late charges | | (1) | $ _____ |
| 2. | Non-sufficient funds (NSF) fees | | (2) | $ _____ |
| 3. | Attorney fees | | (3) | $ _____ |
| 4. | Filing fees and court costs | | (4) | $ _____ |
| 5. | Bankruptcy/Proof of claim fees | 02/04/22 | (5) | $ 350.00 |
| 6. | Appraisal/Broker's price opinion fees | | (6) | $ _____ |
| 7. | Property inspection fees | | (7) | $ _____ |
| 8. | Tax advances (non-escrow) | | (8) | $ _____ |
| 9. | Insurance Advances (non-escrow) | | (9) | $ _____ |
| 10. | Property preservation expenses. Specify: _____ | | (10) | $ _____ |
| 11. | Other. Specify: Plan Review | 01/21/22 | (11) | $ 150.00 |
| 12. | Other. Specify: First Class Mailing | 01/18/22, 02/04/22 | (12) | $ 1.26 |
| 13. | Other. Specify: _____ | | (13) | $ _____ |
| 14. | Other. Specify: _____ | | (14) | $ _____ |

The debtor or trustee may challenge whether the fees, expenses, and changes you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

| Debtor 1 | Shirley J Bonner | | | Case number (if known) | 22-40091-399 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| Part 2: | Sign Here |
|---|---|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

Check the appropriate box.

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

X /s/Wendee Elliott-Clement    Date: 2/22/22
Signature

Print: Wendee Elliott-Clement    Title: Attorney
       First Name  Middle Name  Last Name

Company: SouthLaw, P.C.

Address: 13160 Foster Suite 100
         Number              Street
         Overland Park, KS 66213-2660
         City           State      ZIP Code

Contact phone (913) 663-7600    Email moedbknotices@southlaw.com

IN THE UNITED STATES BANKRUPTCY COURT
                        FOR THE EASTERN DISTRICT OF MISSOURI

In Re:                                                        )
                                                              )
Shirley J Bonner, *Debtor*                                    )
                                                              )   Case No. 22-40091-399
Reverse Mortgage Funding LLC, by Celink, loan servicing       )
agent for *Moving Creditor*                                   )   Chapter: 13
                                                              )
vs.                                                           )
                                                              )
Shirley J Bonner, *Debtor*                                    )
                                                              )
and                                                           )
                                                              )
Diana S. Daugherty, *Trustee*                                 )

                            **CERTIFICATE OF MAILING/SERVICE**

I certify that a true and correct copy of the foregoing document was filed electronically on February 22, 2022, with the United States Bankruptcy Court, and has been served on the parties in interest via email by the Court's CM/ECF System as list on the Court's Electronic Mail Notice List.

- **Diana S. Daugherty**    standing_trustee@ch13stl.com, trust33@ch13stl.com
- **Office of US Trustee**    USTPRegion13.SL.ECF@USDOJ.gov
- **Timothy Patrick Powderly**    tim@powderlylaw.com, powderlylawmycmecf@gmail.com;info@andreyukbrazil.com;R51502@notify.bestcase.com
- **Daniel A. West**    moedbknotices@southlaw.com, ksbkecf@ecf.courtdrive.com

I certify that a true and correct copy of the foregoing document was filed electronically with the United States Bankruptcy Court, and has been served by Regular United States Mail Service, first class, postage fully pre-paid, addressed to the parties listed below on February 22, 2022.

Shirley J Bonner
3315 Oregon Avenue
Saint Louis, MO 63118
RESPONDENT

SOUTHLAW, P.C.

    */s/Wendee Elliott-Clement*
_____
Steven L. Crouch, (MBE #37783; EDMO #2903; KSFd #70244)
Daniel A. West (MBE #48812; EDMO #98415; KSFd #70587)
Wendee Elliott-Clement (MBE #50311; KS #20523)
13160 Foster Suite 100
Overland Park, KS 66213-2660
(913) 663-7600 - (913) 663-7899 Fax
moedbknotices@southlaw.com
**ATTORNEYS FOR CREDITOR**

File No. 221915
Case No: 22-40091-399